March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Christian Cruz        ,
                Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

18 -CR- 884 (___) (___)

Defendant __Christian Cruz_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___      Initial Appearance/Appointment of Counsel

___      Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___      Preliminary Hearing on Felony Complaint

___      Bail/Revocation/Detention Hearing

___      Status and/or Scheduling Conference

X      Misdemeanor Plea/Trial/Sentence

/s/ Christian Cruz (by Zawadi Baharanyi)
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Christian Cruz
_____
Print Defendant's Name

_____[signature]_____
Defense Counsel's Signature

Zawadi Baharanyi
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

Dec. 9, 2020
_____
Date

_____[signature]_____
J. PAUL OETKEN
United States District Judge